Ali **MUHAMMAD**, Appellant,

v.

**DIVISION OF EMPLOYMENT SECURITY**, Respondent.

No. WD 75849.

Missouri Court of Appeals, Western District.

Oct. 15, 2013.

Ali Muhammad, Kansas City, MO, pro se.

Bart Matanic, Jefferson City, MO, for respondent.

Before Division Two: THOMAS H. NEWTON, P.J., KAREN KING MITCHELL, and GARY D. WITT, JJ.

### ORDER

PER CURIAM:

Mr. Ali Muhammad appeals the decision of the Labor and Industrial Relations Commission denying a request for unemployment benefits.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).